# EXHIBIT 2





# ROLEX

Jewelry Unlimited was born of a desire to re-discover the lost art of personalization in an age of mass production and has been leading the way in customized luxury timepieces ever since. Today, the Rolex brand is instantly recognizable as a symbol of absolute prestige, luxury, and innovation across the globe. We offer full personalization of the world's most iconic watches, including Rolex Presidential Watch. We offer a bespoke customization service that harks back to the boutique craftsmen of the past. Our assortment of Rolex watches consists of prestigious, high precision watches. And the watches offered by us, suit every wrist. Discover our broad selection of watches and experiment with the right combination of style and functionality by shopping for Rolex watches online only from Jewelry Unlimited.







## Newest Collection



Rolex Datejust II 126300 4...
**$27,500.00**
Add to Cart

Rolex Datejust 36MM 1601...
**$13,000.00**
Add to Cart

Rolex Oyster Perpetual 674...
**$7,499.99**
Add to Cart

Rolex Oyster Perpetual 674...
**$6,999.99**
Add to Cart

Rolex Datejust 36MM Two ...
**$13,999.99**
Add to Cart

## Recent Blog Posts



The Best Rolex Watches you can buy in 2021

**Categories:** Luxury Watches , Accesories , Rolex Watches

Hans Wilsdorf, Rolex's founder, was onto something when he made the Rolex logo a crown. Rolex has remained the king of watches for more than a century now.

Real Diamond Watches for Men and Women

**Posted:** *March 09, 2021* | **Categories:** Luxury Watches , Accesories , Rolex Watches

If we look back on history, Diamonds have always been a powerful symbol of luxury, wealth, and status in society. Amongst all the other options for Jewelry, diamonds are preferred the most. On the other hand, watches have always been interpreted as high class and stylish at the same time.







PRODUCT SPECIFICATION    DETAILS    AUTHENTICITY GUARANTEE    REVIEWS

| | |
|---|---|
| MODEL/SKU | WTCH-45422 |
| PRODUCT NAME | Rolex Datejust 18K/Steel 36MM Everose 16013 Diamond Watch 2.85 Ct |
| LENGTH NECKLACE | No |
| GENDER | Unisex |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 16013 |
| WATCH MODEL NAME | Datejust |
| WATCH DIAL COLOR | White MoP |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1980-1989 |
| SERIES | Datejust |
| DIMENSION(S) | 36 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel, 18K Gold |
| BAND PRODUCTION | 18K/Steel Aftermarket |
| FUNCTIONS | Day |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with Rolex Box & 3rd Party Appraisal Cert. |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Prong |
| STONE WEIGHT (CT.) | 2.85 |

| | |
|---|---|
| LENGTH NECKLACE | No |
| GENDER | Unisex |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 16013 |
| WATCH MODEL NAME | Datejust |
| WATCH DIAL COLOR | White MoP |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1980-1989 |
| SERIES | Datejust |
| DIMENSION(S) | 36 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel, 18K Gold |
| BAND PRODUCTION | 18K/Steel Aftermarket |
| FUNCTIONS | Day |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with Rolex Box & 3rd Party Appraisal Cert. |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Prong |
| STONE WEIGHT (CT.) | 2.85 |
| STONE CUT | Excellent |
| STONE SHAPE | Round |
| STONE CLARITY | VS2-SI1 |
| STONE COLOR | G-H |









PRODUCT SPECIFICATION    DETAILS    AUTHENTICITY GUARANTEE    REVIEWS

| | |
|---|---|
| MODEL/SKU | WTCH-42201 |
| PRODUCT NAME | Rolex Datejust 36MM S.Steel Black Dial Iced Out Diamond Watch 19.75 Ct |
| LENGTH NECKLACE | No |
| GENDER | Men |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 1601 |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1970-1979 |
| SERIES | Datejust |
| DIMENSION(S) | 38 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel |
| BAND PRODUCTION | Stainless Steel Aftermarket |
| FUNCTIONS | Date |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with a Rolex Box & 3rd Party Appraisal Cert. |
| REF. # | 1601 |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Prong, Pave |
| STONE WEIGHT (CT.) | 19.75 |

| | |
|---|---|
| LENGTH NECKLACE | No |
| GENDER | Men |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 1601 |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1970-1979 |
| SERIES | Datejust |
| DIMENSION(S) | 38 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel |
| BAND PRODUCTION | Stainless Steel Aftermarket |
| FUNCTIONS | Date |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with a Rolex Box & 3rd Party Appraisal Cert. |
| REF. # | 1601 |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Prong, Pave |
| STONE WEIGHT (CT.) | 19.75 |
| STONE CUT | Excellent |
| STONE SHAPE | Round |
| STONE CLARITY | VS2-SI1 |
| STONE COLOR | H-I |









**PRODUCT SPECIFICATION**   DETAILS   AUTHENTICITY GUARANTEE   REVIEWS

| | |
|---|---|
| MODEL/SKU | WTCH-42200 |
| PRODUCT NAME | Rolex Datejust 36MM S.Steel MOP Dial Iced Out Diamond Watch 19.75 Ct |
| LENGTH NECKLACE | No |
| GENDER | Men, Women |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 1601 |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1970-1979 |
| SERIES | Datejust |
| DIMENSION(S) | 38 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel |
| BAND PRODUCTION | Stainless Steel Aftermarket |
| FUNCTIONS | Date |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with a Rolex Box & 3rd Party Appraisal Cert. |
| REF. # | 1601 |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Prong, Pave |
| STONE WEIGHT (CT.) | 19.75 |
| STONE CUT | Excellent |
| STONE SHAPE | Round |

| | |
|---|---|
| LENGTH NECKLACE | No |
| GENDER | Men, Women |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 1601 |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1970-1979 |
| SERIES | Datejust |
| DIMENSION(S) | 38 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel |
| BAND PRODUCTION | Stainless Steel Aftermarket |
| FUNCTIONS | Date |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with a Rolex Box & 3rd Party Appraisal Cert. |
| REF. # | 1601 |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Prong, Pave |
| STONE WEIGHT (CT.) | 19.75 |
| STONE CUT | Excellent |
| STONE SHAPE | Round |
| STONE CLARITY | VS2-SI1 |
| STONE COLOR | H-I |



Starting at $541/mo with **affirm**. Prequalify now

Add to Cart

Wish List   Compare

Have a specific question about this product?

Customize this Design

OVERVIEW

Mens Ladies Rolex Datejust 36MM S.Steel MOP Dial Full Diamond Watch 19.75 Ct

Rolex Datejust 36MM S.Steel MOP Dial Iced Out Diamond Watch 19.75 Ct

PRODUCT SPECIFICATION   **DETAILS**   AUTHENTICITY GUARANTEE   REVIEWS

**100% Genuine Pre-Owned** Rolex Datejust Model Ref No. 1601 W/Diamond Steel Bezel and bracelet.

This is a Genuine Rolex Stainless Steel Oyster Perpetual Datejust Watch with 19.75 Carats Genuine Diamonds with a honeycomb setting. Consists of an aftermarket stainless steel diamond bezel in a prong setting. Consists of a white mother of pearl dial with roman diamond markers. Comes with a brand new aftermarket stainless steel new style oyster band flooded with diamonds that fit up to 8 inches wrist with an iced out the diamond buckle. This watch is in super excellent condition and looks Brand-New on the wrist. An excellent condition Datejust model like this is hard to find and if it were brand new it would retail at almost $27,500. The original Stainless steel case is in excellent condition with no Dings, Dents, or deep scratches. The Diameter is 36MM not counting the beaded bezel custom fitted onto the head. With Bezel the total size of the face increases to 38MM. The diamonds are in a sparkling VS2-SI1 Clarity. with H-I color. The crystal has been replaced with a brand new sapphire crystal. Two-tone yellow gold and stainless steel in excellent condition. The movement has been recently serviced. All diamonds are set aftermarket.

**Comes with Rolex Box and 3rd Party Appraisal Certificate.**

*Jewelry Unlimited is in no way affiliated with ROLEX nor do we claim to be, Diamonds placed on this authentic ROLEX watch are 100% aftermarket and are set by us.*



Mens Rolex Date Just Red Diamond Dial with Jubilee band (4.5 ct)

## Mens Rolex Date Just Red Diamond Dial with Jubilee band (4.5 ct)

MODEL/SKU#:  WTCH-22144      BE THE FIRST TO REVIEW THIS PRODUCT

IN STOCK

**$7,999.99**

Starting at $278/mo with *affirm*. Prequalify now

| - | 1 | + |

**Add to Cart**

Wish List      Compare

Have a specific question about this product?

### OVERVIEW

Mens Rolex Datejust S.Steel 16014 36MM Red Roman Dial Diamond Watch 4.5 Ct

Customize this Design

MORE INFORMATION      DETAILS      REVIEWS

MORE INFORMATION  DETAILS  REVIEWS

| MODEL/SKU | WTCH-22144 |
|---|---|
| PRODUCT NAME | Mens Rolex Date Just Red Diamond Dial with Jubilee band (4.5 ct) |
| GENDER | Men |
| WATCH CONDITION | Pre-owned w/Customization |
| MODEL NUMBER | 16014 |
| BRAND | Rolex |
| PRODUCTION YEAR RANGE | 1980-1989 |
| SERIES | Date Just |
| DIMENSION(S) | 38 |
| MOVEMENT | Swiss Automatic |
| CASE MATERIAL(S) | Stainless Steel |
| CASE DIAMETER (MM) | 36 |
| BAND MATERIAL | Stainless Steel |
| BAND PRODUCTION | Stainless Steel Original Rolex |
| FUNCTIONS | Date |
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with Original Rolex Box & 3rd Party appraisal cert. |
| REF. # | 16014 |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Pave |
| STONE WEIGHT (CT.) | 4.5 |
| STONE CUT | Excellent |

| | |
|---|---|
| DIAL TYPE | Analog |
| CRYSTAL | Scratch-Resistant Sapphire |
| OTHER DETAILS | Comes with Original Rolex Box & 3rd Party appraisal cert. |
| REF. # | 16014 |
| DIAMOND TYPE | Genuine Diamond |
| STONE SETTING(S) | Pave |
| STONE WEIGHT (CT.) | 4.5 |
| STONE CUT | Excellent |
| STONE SHAPE | Round |
| STONE CLARITY | SI1-SI3 |
| STONE COLOR | H-I |



Here at Jewelry Unlimited, we stand behind offering quality diamond jewelry and luxury diamond watches at some of the lowest prices available at both brick-and-mortar retail stores and online. We value our customers, and as so, we've made it our goal to provide exceptional customer service even after the initial purchase offer a vast selection of genuine diamond jewelry pieces ranging from diamond engagement rings, Rolex brand diamond watches, to diamond pendants with new style pieces being added daily.

**RESOURCES**

FAQ

Terms and Conditions

Sitemap

**HELP & SUPPORT**

Shipping & Returns

Warranty Details

**COMPANY**

About Us

Testimonials

Contact

Learn more about watches

Learn more about jewelry

Learn more about Affirm



**AFFILIATIONS**

    

**FOLLOW US**

     

© 2021 Jewelry Unlimited, Inc. All Rights Reserved.

Mens Rolex Date Just Red Diamond Dial with Jubilee band (4.5 ct)

Mens Rolex Datejust S.Steel 16014 36MM Red Roman Dial Diamond Watch 4.5 Ct



MORE INFORMATION     **DETAILS**     REVIEWS

**A Pre-Owned Mens Rolex Date Just 16014 with Quick-Set function customized with 4.5 Ct of diamond.**

This **Rolex Datejust Watch** consists of a total of **4.5 Ct** of all Clear diamonds set on the bezel and dial. This genuine rolex watch has a one row diamond bezel added to it. The bezel consists of fully faceted round brilliant diamonds in a SI2-I1 Clarity. Upgraded with a custom bright red roman number dial. This watch is in super excellent condition and looks Brand-New on the wrist. An excellent condition datejust model like this is hard to find and if it were brand new it would retail at almost $19,000. The original Stainless steel case is in excellent condition with no Dings, Dents or deep scratches. The Diameter is 38mm including the diamond bezel. Original rolex Jubilee bracelet with original buckle. The crystal has been replaced with a brand new crystal. Original Rolex case with original Rolex automatic movement with date function. The movement has been recently serviced. Comes with Rolex Box and appraisal certificate.

Comes with Rolex Box and appraisal certificate.

*Jewelry Unlimited is in no way affiliated with ROLEX nor do we claim to be, Diamond placed on this authentic ROLEX watch are 100% aftermarket and are set by us*



Here at Jewelry Unlimited, we stand behind offering quality diamond jewelry and luxury diamond watches at some of the lowest prices available at both brick-and-mortar retail stores and online. We value our customers, and as so, we've made it our goal to provide exceptional customer service even after the initial purchase offer a vast selection of genuine diamond jewelry pieces ranging from diamond engagement rings, Rolex brand diamond watches, to diamond pendants with new style pieces being added daily.

**RESOURCES**

FAQ
Terms and Conditions
Sitemap

**HELP & SUPPORT**

Shipping & Returns
Warranty Details



**COMPANY**

About Us
Testimonials
Contact
Learn more about watches
Learn more about jewelry
Learn more about Affirm

**AFFILIATIONS**

  
  

**FOLLOW US**

  

© 2021 Jewelry Unlimited, Inc. All Rights Reserved.



GENERAL

GENERAL

## GENERAL

Collapse All | Expand All

This is a test FAQ question ›

Do you offer international shipping? ›

What methods of payment do you accept? ›

What will be the processing time? ›

Who is Jewelry Unlimited? ›

**Are the Watches Authentic?** ⌄

Yes, All our watches are 100% authentic as made by the manufacturer. We only deal in brand-name watches with or without genuine natural diamonds. All Watches will come with original paperwork and manufacturer's box, as provided by the manufacturer upon purchase. Pre-Owned watches may not come with original box and papers (listing will specify what comes with the watch).

What is a Custom Watch? ›

## GENERAL