# EXHIBIT 5









