# EXHIBIT 6



Case 1:23-cv-03391-TCB    Document 1-6    Filed 07/31/23    Page 2 of 5





