# EXHIBIT 7











