# EXHIBIT 8







# Details



J

Professional seller
21 items sold

Discover seller's vestiaire

Follow

A Pre-Owned Womens Rolex Datejust.
The watch consists of a total of 8 ct of all Clear diamonds set on the bezel, case and center links of band. This genuine rolex watch has a one row diamond bezel added to it. The bezel consists of fully faceted round brilliant diamonds in a SI1-SI2 Clarity. The watch has been upgraded with an aftermarket Rolex Dial with Diamonds on the numbers. Brand New after market stainless steel band with original rolex buckle. The entire center links of the band have been set with pave set diamonds. Original Case and factory rolex automatic movement. A gorgeous green mother-of-pearl diamond dial. Brand new sapphire crystal has been added. Watch recently serviced by rolex professional. If a watch like this watch purchased from Rolex brand new, it would cost around $20,000.
Comes with Original Rolex Box and appraisal certificate.
MODEL #: WTCH-10081
BRAND: Rolex
SERIES/MODEL: DateJust Date Just
BAND TYPE: Stainless Steel
BAND MATERIAL: Stainless Steel
MOVEMENT: Swiss Automatic
CRYSTAL: Scratch-Resistant Sapphire
WARRANTY: Manufacturer Warranty
STONE CLARITY/COLOR: SI2-I1 / H-I
STONE CUT: Very Good
CASE DIAMETER: 27 MM
STONE WEIGHT: 8 CT
OTHER DETAILS: Comes with Original Rolex Box and appraisal cert.

"Pre-Owned watch which has been Upgraded. This pre-owned time piece has been refurbished and serviced by a certified watchmaker. Including movement overhaul and buff/polish. All diamonds are added aftermarket (unless otherwise stated). All customizations are listed in the description. The watch will come mint condition. Diamonds are all set by Jewelry Unlimited."

READ LESS

## General information

- Online since: 2022-09-19
- Categories : Women
- Category: Accessories
- Sub-category: Watches

**Quality control** +

**Payment** +

**Shipping** +

**Returns** +

**Help** +

This item is offered by a professional seller. Its price has been suggested by its seller.





# Details



**J**

Professional seller
21 items sold

Discover seller's vestiaire

Follow

100% Genuine Pre-Owned Rolex Datejust Model Reference number 1601 W/Diamond Steel Bezel and 18k Yellow Gold/Steel bracelet.

 This is a Genuine Rolex Stainless Steel Oyster Perpetual Datejust Watch with 11.75 Carats Genuine Diamonds custom added to the watch. Approx 5.75 Ct of diamonds added to a Channel Set Gold Bezel & 5.75 Ct on the band. It has 10 Genuine Diamonds on the Champgane Dial. 18K/Steel Two Tone Oyster bracelet added to the watch (non-rolex) in brand new/unworn condition which fits a 8.5 inches wrist with an original Rolex buckle. This watch is in super excellent condition and looks Brand-New on the wrist.  An excellent condition datejust model like this is hard to find and if it were brand new it would retail at almost $31,500  The original Stainless steel case is in excellent condition with no Dings, Dents or deep scratches.  The Diameter is 36MM not counting the beaded bezel custom fitted onto the head.  With Bezel the total size of the face increases to 41MM.  The diamonds are in a sparkling VS2-SI1 Clarity. with G-H color.  The crystal has been replaced with a brand new sapphire crystal.  Two tone solid 18K gold and stainless steel in excellent condition.  The movement has been recently serviced. All diamonds are set aftermarket.  Addtional links available upon request.  Dial color can also be change upon request.

Jewelry Unlimited is in no way affiliated with ROLEX nor do we claim to be, Diamonds placed on this authentic ROLEX watch are 100% aftermarket and are set by us.

Model/SKU#WTCH-32810
BrandRolex
GenderMen,Women,Unisex
Model1601
SeriesDateJust
Production Year Range1970-1979
Cae Diameter36mm
Dimension41
Case MaterialStainless Steel
Band MaterialStainless Steel,18K Gold
Band Production18K/Steel Aftermarket
MovementSwiss Automatic
CrystalScratch-Resistant Sapphire
Diamond Weight11.75 CT
Diamond ShapeRound
Stone TreatmentNot Enhanced
Stone TypeGenuine Diamond

**Quality control** +

**Payment** +

**Shipping** +

**Returns** +

**Help** +

This item is offered by a professional seller. Its price has been suggested by its seller.





Case 1:23-cv-03391-TCB Document 1-8 Filed 07/31/23 Page 10 of 17



# Details



J

Professional seller
21 items sold

Discover seller's vestiaire

Follow

100% Genuine Pre-Owned Rolex Presidential Model with Double Quickset function with Ref # 18238. This is a 100% Genuine Rolex 18K Yellow gold President Day-Date Watch with 6.75 Carats Genuine Diamonds custom added to the large Bezel & Champagne Roman Number Dial. THIS IS THE FULL SIZE DESIRED MODEL FOR MEN. This watch is in super excellent condition and looks Brand-New on the wrist. An excellent condition president model like this is hard to find and if it were brand new it would retail at almost $48,500. The original 18K Gold case is in excellent condition with no Dings, Dents or deep scratches. The Diameter is 40MM not counting the 18K original screw-down Rolex crown. The crystal has been replaced with a brand new sapphire crystal. The bezel is solid yellow gold and consists or beautiful SI1-SI3 clarity diamonds in a prong setting. 18K Yellow Gold bracelet added to the watch (non rolex) in brand new/unworn condition. Comes with full set of links and is 8.5 inches in circumference. Original Rolex case with original Rolex automatic movement with quick-set function for date. The movement has been recently serviced.
Comes with Original Rolex Box and appraisal certificate.

Jewelry Unlimited is in no way affiliated with ROLEX nor do we claim to be, Diamonds placed on this authentic ROLEX watch are 100% aftermarket and are set by us.

Model/SKU#WTCH-33862
BrandRolex
GenderMen
Model18238
SeriesDay-Date
Production Year Range1990-1999
Cae Diameter36mm
Dimension40
Case Material18K Gold
Band Material18K Gold
Band Production18K Aftermarket
MovementSwiss Automatic
CrystalScratch-Resistant Sapphire
Diamond Weight6.75 CT
Diamond ShapeRound
Stone TreatmentNot Enhanced
Stone TypeGenuine Diamond
Diamond ClaritySI1-SI3
Diamond ColorH-I
Diamond CutVery Good

Quality control +

Payment +

Shipping +

Returns +

Help +

This item is offered by a professional seller. Its price has been suggested by its seller.







# Details



**J**

Professional seller
21 items sold

Discover seller's vestiaire

Follow

This authentic custom Rolex Datejust II model 116300 features over 22 carats of hand-picked genuine diamonds masterfully set. Large diamond bead set bezel with pave set diamonds on the entire case and factory bracelet. The diamonds are set very close to each other and extend all the way through the buckle. A custom roman number dial added to the watch with diamonds on the roman numbers. Factory Stainless Steel case and band. If brand new, purchased from Rolex, the watch could cost over $60,000.
Watch is sold as Pre-Owned and is a 2013 Model.
All diamonds are hand set and are within a SI1-I1 Clarity and H-I Color.

MODEL #: WTCH-20023
BRAND: Rolex
SERIES/MODEL: Datejust 2 116300
BAND TYPE: Stainless Steel
BAND MATERIAL: Stainless Steel
MOVEMENT: Swiss Automatic
CRYSTAL: Scratch-Resistant Sapphire
WARRANTY: Manufacturer Warranty

STONE CLARITY/COLOR: SI2-I1 / H-I
STONE CUT: Excellent
CASE DIAMETER: 41 MM
STONE WEIGHT: 22.5 CT
OTHER DETAILS: Comes with Original Rolex Box and In House Appraisal

Excellent Condition. Each watch has been serviced and cleaned by certified watchmaker. Watch has been upgraded with diamonds set by our in house jeweler.

Pre-Owned

READ LESS

**General information**
- Online since:   2022-09-19
- Categories:   Women
- Category:   Accessories
- Sub-category:   Watches

**Quality control** +

**Payment** +

**Shipping** +

**Returns** +

**Help** +

This item is offered by a professional seller. Its price has been suggested by its seller.







# Details



Professional seller
21 items sold

Discover seller's vestiaire

Follow

A Pre-Owned Womens Rolex Datejust.
The watch consists of a total of 2.0 ct of all Clear diamonds set on the bezel and dial. This genuine rolex watch has a one row diamond bezel added to it. The bezel consists of fully faceted round brilliant diamonds in a SI1-SI3 Clarity and an H-I color. The watch has been upgraded with refinished original silver diamond dial. Original Pre-Owned stainless steel jubilee bracelet with original rolex buckle. Brand new sapphire crystal has been added. Watch recently serviced by rolex professional. If a watch like this watch purchased from Rolex brand new, it would cost around $11,000.
Comes with Original Rolex Box and appraisal certificate.

Jewelry Unlimited is in no way affiliated with ROLEX nor do we claim to be, Diamond placed on this authentic ROLEX watch are 100% aftermarket and are set by us
MODEL/SKU WTCH-29908
PRODUCT NAME Ladies Rolex Datejust 6917 Pink MOP Dial Stainless Steel Diamond Watch (2.0 Ct)
GENDER Women
WATCH CONDITION Pre-owned w/Customization
MODEL NUMBER 6917
BRAND Rolex
PRODUCTION YEAR RANGE 1970-1979
SERIES Date Just
DIMENSION(S) 26
MOVEMENT Swiss Automatic
CASE MATERIAL(S) Stainless Steel
CASE DIAMETER (MM) 26
BAND MATERIAL Stainless Steel
BAND PRODUCTION No
FUNCTIONS Day
DIAL TYPE Analog
CRYSTAL Scratch-Resistant Sapphire
POWER_TYPE Wind
OTHER DETAILS Comes with Rolex Box & 3rd party appraisal cert.
REF. # 6917
DIAMOND TYPE Genuine Diamond
STONE SETTING(S) Pave
STONE WEIGHT (CT.) 2.0
STONE CUT Excellent
STONE SHAPE Round
STONE CLARITY SI1-SI3

- Quality control
- Payment
- Shipping
- Returns
- Help

This item is offered by a professional seller. Its price has been suggested by its seller.

