# EXHIBIT 9













