# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br> Plaintiff, <br> v. <br><br> JEWELRY UNLIMITED, INC. and <br> WAFI AMIN LALANI, <br><br> Defendants. | ) <br> ) <br> )    CIVIL ACTION FILE NO. <br> )    1:23-cv-03391-TCB <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that, on February 26, 2024, pursuant to the parties' agreement, a true and correct copy of the Amended Notice of Deposition of Wafi Lalani, the Amended Notice of Deposition of Amin Lalani, and the Amended Notice of Deposition Pursuant to Rule 30(b)(6) of Jewelry Unlimited, Inc. were served by email to Nicholas B. Corser (NCorser@foxrothschild.com) and Andy Nikolopoulos (ANikolopoulos @foxrothschild.com).

This 26th day of February 2024.

| | |
|---|---|
| Theodore C. Max <br> Admitted *Pro Hac Vice* <br> Tyler E. Baker <br> Admitted *Pro Hac Vice* <br> Sheppard Mullin Richter & Hampton LLP <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Telephone: (212) 653-8700 | /s Joel D. Bush, II <br> Joel D. Bush, II <br> Georgia Bar No. 098775 <br> jbush@kilpatricktownsend.com <br> KILPATRICK TOWNSEND & <br>     STOCKTON LLP <br> Suite 2800 – 1100 Peachtree Street <br> Atlanta, GA  30309-4530 <br> Phone:  (404) 815-6500 |

US2008 22664445 1

        Brian W. Brokate
        Admitted *Pro Hac Vice*
        Beth Frenchman
        Admitted *Pro Hac Vice*
        Jeffrey E. Dupler
        Admitted *Pro Hac Vice*
        Maja Szumarska
        Admitted *Pro Hac Vice*
        Gibney, Anthony & Flaherty LLP
        650 Fifth Avenue
        New York, New York 10019
        Telephone: (212) 688-5151

*Attorneys for Plaintiff Rolex Watch U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2024, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

                                              /s/ Joel D. Bush II
                                              Joel D. Bush II